MONCURE ROBINSON, Respondent, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Robinson* v. *N. Y. C. & H. R. R. R. Co.*, 145 App. Div. 391,
affirmed.
(Argued November 22, 1911; decided December 12, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial
department, entered June 2, 1911, which affirmed an
order of Special Term sustaining a demurrer to a partial
defense in the answer in an action to recover for the

alleged negligent loss of a trunk and its contents delivered by the plaintiff to defendant for transportation as baggage.

The following question was certified: "Is the second and partial defense set up in the amended answer herein insufficient in law upon the face thereof as a partial defense to the cause of action set forth in the complaint?"

*William Mann* and *Alexander S. Lyman* for appellant.

*Clifton P. Williamson* and *Phœnix Ingraham* for respondent.

Order affirmed, with costs, on opinion of MILLER, J., below. Question certified answered in the affirmative.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.